AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-CV-05628

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SLOOD LLC DBA ALLWIN INSURANCE AGENCY c/o DEQING YANG was received by me on *(date)* April 30, 2026.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* at 1:14 pm CDT

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* DEQING YANG , who is designated by law to accept service of process on behalf of *(name of organization)* SLOOD LLC DBA ALLWIN INSURANCE AGENCY c/o DEQING YANG on *(date)* Wed, May 06 2026 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 05/08/2026

*Server's signature*

MARY COLLEEN AMEEN
Process Server

*Printed name and title*

1106 WEST TRI OAKS LANE APT 141, HOUSTON, TX 77043

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 6, 2026, 1:14 pm CDT at 9889 BELLAIRE BOULEVARD SUITE 124, HOUSTON, TX 77036 received by SLOOD LLC DBA ALLWIN INSURANCE AGENCY DEQING YANG. Age: 60; Ethnicity: Asian American; Gender: Male; Weight: 125; Height: 5'6"; Hair: Gray; Eyes: Brown; Other: He spoke good English; Went to the above address and served Mr. Yang papers.